**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                                                 Case No. 09-cr-137-PB

**Gerasimos Zervos**


**O R D E R**


The defendant has moved, through counsel, to continue the trial scheduled for February 2, 2010 for a period of 30 days to allow additional time to finalize arrangements for a non-trial disposition of this matter.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason or to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 2, 2010 to March 2, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

January 26, 2010

cc:  Jeffrey Levin, Esq.
     Donald Feith, AUSA
     United States Probation
     United States Marshal